JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

John D Thomas, as Trustee of the 2 Fair Oaks Holding Trust,

Plaintiff,

vs.

PHH Mortgage Corporation, a New Jersey corporation, doing business as PHH Mortgage Services; Western Progressive, LLC., a Delaware Limited Liability Company, and Does 1-25, inclusive,

Defendants.

Case No. 8-20-cv-00731-JVS-ADS
Assigned for all purposes to:
Hon. James V. Selna

**Order on Stipulation for Dismissal**

The court having read and considered the Order on Stipulation of the parties, and good cause appearing,

**IT IS ORDERED:**

(1) The action is dismissed with prejudice, each party to bear its own costs and attorney's fees.

The David Epstein Law Firm



(2) The court retains jurisdiction of this action for the sole purpose of enforcing the written settlement agreement.

Dated: July 06, 2020

United States District Judge
James V Selna

The David Epstein Law Firm

# 2 -
#

Rughu#rq#Vwlsxodwlrq#iru#Glvplvvdo#